THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE FRANK GRANT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CV-963-TMH |
| ) | [WO] |
| ) | |
| OFFICER LUCAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On October 26, 2009, the Magistrate Judge filed a Recommendation (Doc. 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED, and

2. This case be DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

An appropriate judgment will be entered.

Done this 17th day of November, 2009.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE